287 F.2d 568
 Alpheus HERMAN
v.
George A. BANGS, Executor under the Last Will and Testament
of Harold R. Eyrich, Deceased.
 No. 6569.
 United States Court of Appeals Tenth Circuit.
 Oct. 5, 1960.
 
 Harold L. Mai, Cheyenne, Wyo., and Oscar A. Hall, Rawlins, Wyo., for appellant.
 Bangs, McCullen, Butler & Foye, Rapid City, S.D., and Milton R. Foe, Wheatland, Wyo., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Docketed and dismissed on motion of appellee.